WEBB <em>et al. v.</em> POPE.

FISH, P. J.   A and B gave their joint note to C for the purchase-money of a
   mule.   After maturity, C sued out an attachment for purchase-money,
   against both A and B, for the balance due on the note.   The attachment was
   levied upon the mule, which was in the possession of A.   He replevied the
   property by giving a bond signed by himself as principal and by two sure-
   ties.   The bond recited that C had sued out an attachment against A, and
   obligated A and his sureties to pay C the amount of the judgment and costs
   that C might recover against A.   Subsequently C filed a petition under the
   Civil Code, § 4556, against A and B, based on the attachment against them,
   for the recovery of the balance due on the joint note, copy of the same being
   attached to the petition.   There being no issuable defense filed, a judgment
   was rendered against A and B and the sureties on A's replevy bond.
Held, that, as the bond signed by the sureties did not obligate them to pay a
   judgment which C might recover against A and B in an attachment which he
   had sued out against them, the judgment was void as to the sureties and could
   be attacked by them upon this ground by affidavit of illegality.

<em>Judgment reversed.     By five Justices.</em>

Argued June 10,— Decided August 14, 1903.

Affidavit of illegality. Before Judge Griffin. City court of Valdosta. September 19, 1902.

*O. M. Smith* and *G. A. Whitaker*, for plaintiffs in error.
*L. E. Lastinger* and *Felder & Rountree*, contra.